# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 5, 2010

Clerk of Court
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona  85003-2205

**ATTN:** Supervisor, Lower Level File Room

**RE:** **ORDER TO REMAND CASE TO MARICOPA COUNTY SUPERIOR COURT**

District Court Case Number:    **CV 09-2195-PHX-DGC**
Superior Court Case Number:    **CV2009-018442**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on  January 5th 2010  remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

RICHARD H. WEARE, DCE/CLERK OF COURT

 /s/ Kathy Gerchar
(By) Kathy Gerchar,  Deputy Clerk

pc:   Judicial Administrator
      Civil Court Administration
      4th Floor, CB
      201 West Jefferson
      Phoenix, Arizona  85003-2205

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*